IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SAIM SARWAR, | * |
| Plaintiff, | * |
| v. | Case No. 3:20-CV-99-CDL |
| | * |
| OMKAR RAJ 2017, LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of April, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk